**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:

KERELYNN POCHE DAVIS
1949 ROCHELLE LANE
CORDOVA, TN 38016

Case No.**22-00692-CW3-13**

JUDGE CHARLES M WALKER

SSN XXX-XX-7053

**TRUSTEE'S NOTICE OF CLAIMS FILED IN THE ABOVE STYLED CASE**

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been filed in the above styled case. The deadline for filing non government claims in this case was **May 16, 2022.** The deadline for filing claims by governmental units was **September 01, 2022.** After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| EXETER FINANCE LLC<br>P O BOX 650693<br>DALLAS, TX 75265 | $31,993.12<br>DATE FILED: 6/13/2022 | 910 AUTOMOBILE LOAN (W)<br>Disb level: 21<br><br>ACCT: **6563**<br>COMM: 2017 MERCEDES GLA250 AMENDED |
| | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **100.00 % + 5.50%** | COURT'S CLAIM# 3 |
| WELLS FARGO BANK NA<br>MAC F2302 04C<br>1 HOME CAMPUS<br>DES MOINES, IA 50328 | $1,121.75<br>DATE FILED: 4/1/2022 | MTG-ON GOING MTG PYMT (D)<br>Disb level: 21<br><br>ACCT: **6709**<br>COMM: MTG CONT 1949 ROCHELLE LANE |
| | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 8 |
| WELLS FARGO BANK NA<br>MAC F2302 04C<br>1 HOME CAMPUS<br>DES MOINES, IA 50328 | $4,955.25<br>DATE FILED: 4/1/2022 | MTG-PRE-PETITION ARREARS (E)<br>Disb level: 23<br><br>ACCT: **6709**<br>COMM: MTG ARRS 1949 ROCHELLE LANE THRU MAR 2022 |
| | TRUSTEE'S CLAIM NO: 3<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 8 |

| | | |
|---|---|---|
| WELLS FARGO BANK NA<br>MAC F2302 04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | **$2,243.50**<br>DATE FILED: 4/1/2022 | MTG-GAP PYMTS (POST PET/PRE<br>CONF) (T)<br>Disb level: 23<br><br>ACCT: **6709**<br>COMM: APR 2022-MAY 2022 1949 ROCHELLE LANE |
| | TRUSTEE'S CLAIM NO: 4<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 8 |
| 1305 CLAIM<br>NO ADDRESS GIVEN<br>,   00000 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED - 1305 (O)<br>Disb level: 42<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 5<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | **$1,827.17**<br>DATE FILED: 5/13/2022 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6722**<br>COMM: VISA BARCLAYS BANK |
| | TRUSTEE'S CLAIM NO: 6<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# 11 |
| CASH NOW<br>8042 WILLOW TREE LN<br>CORDOVA, TN  38018 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 7<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# |
| DEERFIELD AT PROVIDENCE<br>HALL AND ASSOCIATES<br>223 MADISON ST STE 212<br>MADISON, TN  37115 | **$6,085.53**<br>DATE FILED: 5/16/2022 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: COURT JUDGEMENT |
| | TRUSTEE'S CLAIM NO: 8<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# 13 |

| Creditor | Amount | Details |
|---|---|---|
| AIDVANTAGE ON BEHALF OF THE DEPT OF EDUCATION<br>DEPT OF ED LOAN SERVICES<br>P O BOX 4450<br>PORTLAND, OR 97208 | $132,474.09<br>DATE FILED: 4/25/2022 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **7053**<br>COMM: STUDENT LOAN NAVIENT |
| | TRUSTEE'S CLAIM NO: 9<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# 9 |
| DINKELSPIEL RASMUSSEN AND MINK PLLC<br>1669 KIRBY PARKWAY SUITE 106<br>MEMPHIS, TN 38120 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **1101**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 10<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL 60677 | $620.59<br>DATE FILED: 4/26/2022 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **0256**<br>COMM: CC PREMIER BANKCARD |
| | TRUSTEE'S CLAIM NO: 11<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# 10 |
| GARDENS OF GRAY CREEK<br>3036 CENTRE OAK WAY<br>GERMANTOWN, TN 38138 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **1101**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 12<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# |
| MIDLAND FUNDING LLC<br>326 E BIG BEAVER RD STE 300<br>TROY, MI 48083 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 13<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| NATIONAL CREDIT ADJUSTERS LLC<br>ATTN ACCOUNTING DEPARTMENT<br>P O BOX 3023<br>HUTCHINSON, KS  67504 | **$1,036.22**<br>DATE FILED: 5/13/2022 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7065**<br>COMM: SPEEDY CASH |
| | TRUSTEE'S CLAIM NO: 14<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# 12 |
| NAVY FEDERAL CREDIT<br>P O BOX 3000<br>MERRIFIELD, VA  22119 | **$20,615.96**<br>DATE FILED: 3/24/2022 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0458**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 15<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# 4 |
| ONE HUNDRED OAKS IMAGING<br>WAKEFIELD AND ASSOCIATES<br>P O BOX 51272<br>KNOXVILLE, TN  37950 | **$432.15**<br>DATE FILED: 3/28/2022 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6972**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 16<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# 5 |
| SOUTHWEST CREDIT<br>4120 INTERNATIONAL PKWY<br>CARROLLTON, TX  75007 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **2525**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 17<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# |
| TIME PAYMENT<br>16 NE EXECUTIVE OFFICE PARK<br>BURLINGTON, MA  01803 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 18<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# |

Case 3:22-bk-00692   Doc 37   Filed 10/13/22   Entered 10/13/22 11:29:01   Desc Main
Document    Page 4 of 7

| Creditor | Amount | Status |
|---|---|---|
| VANDERBILT UNIVERSITY MEDICAL CENTER<br>719 THOMPSON LANE<br>NASHVILLE, TN 37204 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8278**<br>COMM: MEDICAL |
| | TRUSTEE'S CLAIM NO: 19<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# |
| WAKEFIELD AND ASSOCIATES<br>7005 MIDDLEBROOK PIKE<br>KNOXVILLE, TN 37909 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 20<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# |
| SYNCHRONY BANK<br>PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41021<br>NORFOLK, VA 23541 | $0.00<br>DATE FILED: NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **9425**<br>COMM: TJX REWARDS |
| | TRUSTEE'S CLAIM NO: 21<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| FIRST HERITAGE CREDIT OF TENNESSEE LLC<br>DBA 1ST HERITAGE CREDIT<br>P O BOX 1940<br>CORNELIA, GA 30531 | $565.93<br>DATE FILED: 3/7/2022 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7053**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 22<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# 1 |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA 22119 | $477.62<br>DATE FILED: 3/10/2022 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4489**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 23<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# 2 |

| Creditor | Amount | Status |
|---|---|---|
| EXETER FINANCE LLC<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | $0.00<br>DATE FILED: NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 24<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| LOGS LEGAL GROUP LLP<br>10130 PERIMETER PKWY STE 400<br>CHARLOTTE, NC 28216 | $0.00<br>DATE FILED: NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br>ACCT:<br>COMM: WELLS FARGO |
| | TRUSTEE'S CLAIM NO: 25<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| WELLS FARGO BANK NA<br>P O BOX 14487<br>DES MOINES, IA 50309 | $540.89<br>DATE FILED: 3/29/2022 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **6931**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 26<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# 6 |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN 47731 | $6,001.92<br>DATE FILED: 3/31/2022 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **9947**<br>COMM: JUDGMENT 1789907 SPRINGLEAF |
| | TRUSTEE'S CLAIM NO: 27<br>PERCENT ALLOWED: **18.26 %** | COURT'S CLAIM# 7 |

TOTAL $214,119.94

  The Trustee proposes to pay on such claims in accordance with the confirmed plan, unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

|  |  |  |
|---|---|---|
| 10/13/2022 | AMA | /s/ Henry E. Hildebrand, III |
| DATE | INITIALS | HENRY E. HILDEBRAND, III |

HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

cc: HENRY E. HILDEBRAND, III
    KERELYNN POCHE DAVIS
    1949 ROCHELLE LANE
    CORDOVA, TN  38016

TIMOTHY A DAVIS
115 E MAIN ST
LEBANON, TN  37087